IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

VS.     CAUSE NUMBER: 3:24-cr-153-GHD-RP

JAKALYN MOORE     DEFENDANT

### ORDER DENYING
### DEFENDANT'S MOTION FOR RECONSIDERTION OF PRETRIAL DETENTION

This matter came before the Court on Defendant's Motion for Reconsideration regarding Order of Detention, docket number [17]. The court having heard and considered the arguments of counsel finds the Motion for Reconsideration regarding Order of Detention should be and is hereby DENIED.

The defendant is detained and shall remain in the custody of the United States Marshals Service pending disposition by United States District Judge Glen H. Davidson.

SO ORDERED, this the 30th day of December, 2024.

_____
UNITED STATES MAGISTRATE JUDGE